| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Michael J. Saltz <br> Simone E. Poyourow <br> Jacobson, Russell, Saltz, Nassim & De La Torre, LLP <br> 1880 Century Park East, Suite 900 <br> Los Angeles, California 90067 <br> Tel: 310.446.9900 <br> Fax: 310.446-9909 | |
| ATTORNEY(S) FOR: Susan Oster d/b/a Feral Jewelry | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Susan Oster d/b/a Feral Jewelry | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-04929 |
| v. | |
| Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Susan Oster d/b/a Feral Jewelry_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| | |

June 2, 2025                        /s/ Simone E. Poyourow
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Susan Oster d/b/a Feral Jewelry