AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Susan Oster d/b/a Feral Jewelry, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive; <br> *Defendant(s)* | Civil Action No. 2:25-cv-04929-JLS(PDx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Last Resort, LLC
549 Moreno Avenue, Apt. 306, Los Angeles, California 90049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Saltz, Esq.
Simone E. Poyourow, Esq.
JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian Karth
*CLERK OF COURT*

Date: 6/2/25                                                                 *Signature of Clerk or Deputy Clerk*