Edith Sanchez Shea (SBN 177578)
E-mail:  eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel:  213.236.0600 | Fax:  213.236.2700

Attorneys for Defendant
Rainbow K Jewelry SAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Judge:  Hon. Josephine L. Staton<br><br>**DEFENDANT RAINBOW K JEWELRY SAS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>*[Filed concurrently with Memorandum of Points and Authorities, Declaration of P. Branko Pejic, and (Proposed) Order]* |

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Rainbow K Jewelry SAS ("Defendant" or "Rainbow") hereby applies *ex parte* for an extension of time to respond to the Complaint of Plaintiff Susan Oster d/b/a/ Feral Jewelry ("Plaintiff" or "Oster").

///

4932-7496-5072 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 2:25-cv-04929 JLS (PDx)
*EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This *ex parte* application follows a failed attempt to enter into a stipulation with counsel for an extension of time to respond to Plaintiff's Complaint, pursuant to Local Rule 8 and Defendant has provided notice of this application, pursuant to the Local Rules and this Court's Standing Order.

Rainbow's request for relief is based on this application, the accompanying Memorandum of Points and Authorities, the Declaration of P. Branko Pejic, and the Exhibits thereto, the Complaint filed by Plaintiff in this action, and any other argument or information that may be presented prior to the Court's decision on this application.

Dated: June 24, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: _____*s/ Edith Sanchez Shea*_____
Edith Sanchez Shea
Attorneys for Defendant
Rainbow K Jewelry SAS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-7496-5072 v1

2

Case No. 2:25-cv-04929 JLS (PDx)
*EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT