Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant
Rainbow K Jewelry SAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Judge: Hon. Josephine L. Staton<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT RAINBOW K JEWELRY SAS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>*[Filed concurrently with Ex Parte Application, Declaration of P. Branko Pejic, and (Proposed) Order]* |

　　　　Defendant Rainbow K Jewelry SAS ("Rainbow") submits this Memorandum of Points and Authorities in support of its *ex parte* application seeking a 30-day continuance of its time to respond to Plaintiff's Complaint in this action. This *ex parte* application follows the failed attempt by counsel for Defendant to reach an agreement with Plaintiff's counsel for a stipulation for some continuance of time to allow Defendant to review the allegations of the Complaint and gather and review related information and respond to the Complaint.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4897-6302-2160 v1

1

Case No. 2:25-cv-04929 JLS (PDx)
MEMO OF POINTS AND AUTHORITIES ISO *EX PARTE* APPLICATION FOR EXTENSION OF TIME

The Complaint in this action was served on June 4, 2025, making a response to the Complaint due on June 25, 2025. Local Rule 8-3 provides that an extension of time of up to 30 days to respond to an initial complaint does not require a Court order, but can be stipulated to by the parties. Rainbow's counsel attempted to obtain an extension of time to respond to Plaintiff's Complaint, but Plaintiff's counsel refused to agree to any extension of time. Specifically, on June 13, 2025, counsel for Rainbow, P. Branko Pejic[1], left a message with the assistant for Plaintiff's counsel, Michael Saltz, seeking an extension, but Mr. Pejic received no response from Mr. Saltz. (See Declaration of Branko Pejic "Pejic Dec." ¶ 4 submitted in support of this application.) Mr. Pejic's paralegal then sent an email to Mr. Saltz (on June 18, 2025), again requesting an extension, but again received no response. (Pejic Dec., ¶ 4, Exhibit 2.) On June 20, 2025, counsel for Rainbow, Edith Shea, sent another email to Plaintiff's counsel, again requesting a response to Rainbow's request for an agreement to a stipulation extending Rainbow's time to respond to the Complaint. The email requested a 30-day extension, but stated: "If you would prefer to agree to a shorter extension, please let us know that as well." (Pejic Dec., ¶ 4, Exhibit 3.) On Monday, June 23, 2025, Plaintiff's counsel, Simone Poyourow, finally provided a response to Rainbow's request, but refused to agree to any extension of time. (Pejic Dec. ¶ 5, Exhibit 3.)

Good cause exists for the 30-day extension of time requested to respond to Plaintiff's initial Complaint. Plaintiff filed a 49-page Complaint with 258 paragraphs of allegations. Rainbow's counsel, Greenblum & Bernstein, P.L.C., is located in Reston, Virginia. It retained the undersigned as local counsel and sought an extension to allow sufficient time to obtain the documents and information related to Plaintiff's allegations, so that it may prepare an appropriate response to

---

[1] Mr. Pejic is in the process of preparing a *pro hac vice* application, which will be filed shortly.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4897-6302-2160 v1

2

Case No. 2:25-cv-04929 JLS (PDx)
MEMO OF POINTS AND AUTHORITIES ISO *EX PARTE* APPLICATION FOR EXTENSION OF TIME

Plaintiff's Complaint. Plaintiff's counsel has not articulated any reason for the unusual refusal to agree to *any* extension of time to respond to the Complaint and there is nothing in the Complaint that reflects any reason why an extension of time would not be appropriate in this action.

Accordingly, Defendant Rainbow respectfully requests that the Court grant this *ex parte* application and allow an additional 30 days – to and including July 25, 2025, to respond to Plaintiff's Complaint.

Dated: June 24, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By:     *s/ Edith Sanchez Shea*
Edith Sanchez Shea
Attorneys for Defendant
Rainbow K Jewelry SAS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4897-6302-2160 v1

3

Case No. 2:25-cv-04929 JLS (PDx)
MEMO OF POINTS AND AUTHORITIES ISO *EX PARTE* APPLICATION FOR EXTENSION OF TIME

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Rainbow K Jewelry SAS, certifies that this brief contains 508 words, which complies with the word limit of L.R. 11-6.1.

Dated: June 24, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

By: _____*s/ Edith Sanchez Shea*_____
　　　Edith Sanchez Shea
　　　Attorneys for Defendant
　　　Rainbow K Jewelry SAS