1
Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
2
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
3
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700
4
5
Attorneys for Defendant
Rainbow K Jewelry SAS
6
7
8
## UNITED STATES DISTRICT COURT
9
### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10
11
Susan Oster d/b/a/ Feral Jewelry, an individual,
12
                    Plaintiff,
13
        v.
14
Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,
15
16
17
18
19
20
                    Defendants.
21

Case No. 2:25-cv-04929 JLS (PDx)

Judge:  Hon. Josephine L. Staton

**DECLARATION OF P. BRANKO PEJIC IN SUPPORT OF DEFENDANT RAINBOW K JEWELRY SAS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

*[Filed concurrently with Ex Parte Application, Memorandum of Points and Authorities, and (Proposed) Order]*

22
    I, P. Branko Pejic, declare as follows:
23
    1.    I am a partner with the law firm of Greenblum & Bernstein, P.L.C.,
24
counsel to Defendant Rainbow K Jewelry SAS, and I am a member in good standing
25
of the bars of the state of Arkansas and the District of Columbia as well as the U.S.
26
District Court for the Northern District of Oklahoma, U.S. District Court for the
27
District of Columbia, U.S. Court of Appeals for the Federal Circuit and the U.S. Court
28
of Appeals for the D.C. Circuit, and there are no pending disciplinary proceedings

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-5821-0896 v1

1

Case No. 2:25-cv-04929 JLS (PDx)
DECLARATION OF P. BRANKO PEJIC ISO *EX PARTE*
APPLICATION FOR EXTENSION OF TIME

against me in any state or federal court. I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

2.    I make this declaration based upon my own personal knowledge, and if called upon as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendant's *Ex Parte* Application for Extension of time for Defendant Rainbow K Jewelry SAS to Respond to the Complaint.

3.    Rainbow K Jewelry SAS first contacted Greenblum & Bernstein on June 6, 2025 regarding representation in the above captioned action, and provided a copy of the Complaint, which was served at a trade show in Las Vegas, Nevada, on June 4, 2025. After clearing conflicts, we spoke with representatives of Rainbow K Jewelry SAS and were retained on June 9, 2025, and authorized to act by the client on June 11, 2025.

4.    I reached out to Plaintiff's counsel, Mr. Michael Saltz, via telephone on Friday, June 13, 2025, and left a message with his assistant, (i) advising that Greenblum & Bernstein had just been retained by Rainbow K Jewelry SAS and (ii) requesting the courtesy of stipulating to a 30-day extension to respond to the Complaint to (a) permit us to evaluate Plaintiff's claims (this is time consuming because we are located in the Washington, DC, metro area and the client is located in France) as well as (b) locate and retain local counsel (who would be located in the Pacific time zone). Having received no response from Plaintiff's counsel, we followed up regarding my message via email on the morning of Wednesday, June 18, 2025, reiterating the request for a stipulated extension. (See Ex. 1) While awaiting a response from Mr. Saltz, we retained local counsel, Edith Sanchez Shea, Esq., on June 19, 2025, who reached out to Plaintiff's counsel for the third time in a week on Friday, June 20, 2025. (See Ex. 2).

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4918-5821-0896 v1

2

Case No. 2:25-cv-04929 JLS (PDx)
DECLARATION OF P. BRANKO PEJIC ISO *EX PARTE* APPLICATION FOR EXTENSION OF TIME

5.      On Monday, June 23, 2025, Simone E. Poyourow, Esq. of Plaintiff's counsel's firm sent an email stating that they did not have the "power to grant an extension" but suggesting that Rainbow K Jewelry SAS "are free to request an extension ex parte with the Court." (See Ex. 3.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of June, 2025, at Reston, VA.

*P Branko Pejic*

_____

P. Branko Pejic

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

4918-5821-0896 v1

3

Case No. 2:25-cv-04929 JLS (PDx)
DECLARATION OF P. BRANKO PEJIC ISO *EX PARTE*
APPLICATION FOR EXTENSION OF TIME