# EXHIBIT 1

| | |
|---|---|
| **From:** | TAMI DEVITIS |
| **Sent:** | Wednesday, June 18, 2025 9:31 AM |
| **To:** | msaltz@jrsnd.com |
| **Cc:** | Branko Pejic; Jeffrey Handelsman |
| **Subject:** | Susan Oster d/b/a Feral Jewelry v. Rainbow K Jewelry, et al. (2:25-cv-04929-JLS-PD); G&B Ref.: J722976 |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | msaltz@jrsnd.com | |
| | Branko Pejic | Delivered: 6/18/2025 9:31 AM |
| | Jeffrey Handelsman | Delivered: 6/18/2025 9:31 AM |
| | TAMI DEVITIS | Delivered: 6/18/2025 9:31 AM |

Dear Mr. Saltz:

We represent Rainbow K Jewelry SAS, and reached out last Friday, June 13, 2025, to request a 30-day extension to respond to the Complaint in the above matter, recently filed in the Central District of California.

We just received the Complaint and are evaluating your claims as well as locating and retaining local counsel.  Since we have not yet received a follow up from you and the deadline to file a response is rapidly approaching, we would appreciate the courtesy of a response regarding the requested extension.

Thank you in advance for your attention to this matter, and please reach out with any questions.

Regards,
Tami DeVitis

Litigation Paralegal
*for*
**P. Branko Pejic**
**Shareholder**



**Greenblum & Bernstein, P.L.C.**
1950 Roland Clarke Place
Reston, VA 20191
Tel:  (703) 716 1191
Fax: (703) 716 1180
E-Mail: bpejic@gbpatent.com
www.gbpatent@gbpatent.com

1

**EXHIBIT 1**

4