# EXHIBIT 2

| | |
|---|---|
| **From:** | Shea, Edith |
| **Sent:** | Friday, June 20, 2025 12:53 PM |
| **To:** | msaltz@jrsnd.com; spoyourow@jrsnd.com |
| **Cc:** | Branko Pejic; Jeffrey Handelsman; 'TAMI DEVITIS'; Berton, Mary |
| **Subject:** | RE: Susan Oster d/b/a Feral Jewelry v. Rainbow K Jewelry, et al. (2:25-cv-04929-JLS-PD); G&B Ref.: J722976 |
| **Importance:** | High |

Good afternoon Michael and Simone,

I will be serving as local counsel in this action and I'm following up to request an extension of time to respond to the complaint. The current response date is Tuesday, June 24th, and we would like to agree to a 30-day extension.

Please let us know if this is agreeable and I will send you a Joint Stipulation on Monday, to extend the date. (If you would prefer to agree to a shorter extension, please let us know that as well.)

Thank you,

Edith

 **We've Moved!** Please note our office is now located on the 40th floor.

**Edith Sanchez Shea | Partner**

**Burke, Williams & Sorensen, LLP**
444 South Flower Street - 40th Floor, Los Angeles, CA 90071
**D** 213.236.2815  |  **O** 213.236.0600  |  **F** 213.236.2700  |  **M** 818.333.6431
eshea@bwslaw.com  |  vCard  |  Bio  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.