# EXHIBIT 3

| | |
|---|---|
| **From:** | Simone Poyourow <spoyourow@jrsnd.com> |
| **Sent:** | Monday, June 23, 2025 9:26 AM |
| **To:** | Shea, Edith; Michael Saltz |
| **Cc:** | Branko Pejic; Jeffrey Handelsman; Berton, Mary |
| **Subject:** | 8171-004 RE: Susan Oster d/b/a Feral Jewelry v. Rainbow K Jewelry, et al. (2:25-cv-04929-JLS-PD); G&B Ref.: J722976 |

**[EXTERNAL]**

Hello Edith,

Thank you for your email. Unfortunately we do not have the power to grant an extension, but you are free to request an extension ex parte with the Court.

Best regards,

Simone E. Poyourow, Esq.
JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel:  310.446.9900
Fax: 310.446-9909
spoyourow@jrsnd.com
www.jrsnd.com



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you have received this transmission in error, please immediately notify me by replying to this e-mail or by telephone at 310.446.9900, and destroy the original transmission and its attachments without reading them or saving them to disk.

EXHIBIT 3
6