UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Judge:  Hon. Josephine L. Staton<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT RAINBOW K JEWELRY SAS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>*[Filed concurrently with Ex Parte Application, Memorandum of Points and Authorities, and Declaration of P. Branko Pejic]* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the *Ex Parte* Application by Defendant Rainbow K Jewelry SAS for an extension of time to respond to Plaintiff's Complaint, the Court finds that good cause has been shown and it is hereby

ORDERED that Defendant's *Ex Parte* Application is GRANTED and Defendant's response to the Complaint is now due to be filed on or before July 25, 2025.

4920-4727-1504 v1

1

1       IT IS SO ORDERED.

2

3 Dated: _____            _____

4                                                     Hon. Josephine L. Staton
                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4920-4727-1504 v1                 2