UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Judge: Hon. Josephine L. Staton<br><br>**ORDER GRANTING DEFENDANT RAINBOW K JEWELRY SAS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [30]**<br><br>*[Filed concurrently with Ex Parte Application, Memorandum of Points and Authorities, and Declaration of P. Branko Pejic]* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the *Ex Parte* Application by Defendant Rainbow K Jewelry SAS for an extension of time to respond to Plaintiff's Complaint, the Court finds that good cause has been shown and it is hereby ORDERED that Defendant's *Ex*

///

///

4920-4727-1504 v1

1

1  *Parte* Application is GRANTED and Defendant's response to the Complaint is now
2  due to be filed on or before July 25, 2025.
3        IT IS SO ORDERED.

5  Dated:   June 25, 2025                 Josephine L. Staton
                                                  Hon. Josephine L. Staton
                                                  United States District Judge