AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-04929-JLS(PDx)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   LAST RESORT LLC

was received by me on *(date)*   06/23/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Rita C., Employee authorized to accept   , who is

designated by law to accept service of process on behalf of *(name of organization)*   LAST RESORT, LLC

on *(date)*  6/24/2025   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $   138.00   for services, for a total of $   138.00   .

I declare under penalty of perjury that this information is true.

Date:   06/26/2026

*Server's signature*

ROBERT BROOKS, Process Server
*Printed name and title*

800 W. 1ST ST. #200B
LOS ANGELES, CA 90012
c/o USA Legal Network
*Server's address*

Additional information regarding attempted service, etc:
DESCRIPTION OF PERSON SERVED:
(Caucasian female, early to mid-50s, 5'9", 170 lbs, brown hair, brown eyes, average build).
ADDRESS OF SERVICE:
1403 Montana Ave, Santa Monica, CA 90403

USALN#: 1217347IV

Print      Save As...      Reset