**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Simone E. Poyourow, Esq. SBN 346420
spoyourow@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

Attorneys for Defendant
Susan Oster d/b/a Feral Jewelry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Oster d/b/a Feral Jewelry, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive;<br><br>    Defendants. | Case No.: 2:25−cv−04929−JLS−PD<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Hon. Josephine L. Staton |

Case No.: 2:25−cv−04929−JLS−PD
File No.: 8171-004

1

PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

On June 26, 2025, I caused to be served the documents described as:

**PLAINTIFF'S COMPLAINT**

**SUMMONS IN A CIVIL ACTION**

**CIVIL COVER SHEET**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

**NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM**

**INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STANTON**

on Last Resort, LLC by placing a true and correct copy thereof in a sealed envelope, with the first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles, California addressed to Chona Hirsch c/o Last Resort, LLC, 1403 Montana Ave, Santa Monica, CA 90403. I am over the age of 18 and am not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2025 at Los Angeles.

*Elen Manukyan*
_____
Elen Manukyan

Case No.: 2:25−cv−04929−JLS−PD
File No.: 8171-004

1

PROOF OF SERVICE