AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-04929-JLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SCHOOLA, INC. d/b/a Olivela.com
was received by me on *(date)* 06/23/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARIA POTTER , who is designated by law to accept service of process on behalf of *(name of organization)*
SCHOOLA, INC. d/b/a Olivela.com on *(date)* 06/23/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 213.00 for services, for a total of $ 213.00 .

I declare under penalty of perjury that this information is true.

Date: 06/26/2025

*Server's signature*

Matthew Anderson
*Printed name and title*

800 W. 1ST ST. #200B
LOS ANGELES, CA 90012
c/o USA Legal Network
*Server's address*

Additional information regarding attempted service, etc:
DESCRIPTION OF PERSON SERVED: (White, Female, 5'5," 120, gray hair, 58)

ADDRESS OF SERVICE: 33 ADRIAN TERRACE, SAN RAFAEL, CA 94903

USALN#: 1217342