**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Simone E. Poyourow, Esq. SBN 346420
spoyourow@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 446-9900
Facsimile:   (310) 446-9909

Attorneys for Defendant
Susan Oster d/b/a Feral Jewelry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Oster d/b/a Feral Jewelry, an Individual,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive;<br><br>　　　　　　　Defendants. | Case No.:  2:25−cv−04929−JLS−PD<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Hon. Josephine L. Staton |

Case No.:  2:25−cv−04929−JLS−PD
File No.:   8171-004

1

PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

On June 30, 2025, I caused to be served the documents described as:

**PLAINTIFF'S COMPLAINT**

**SUMMONS IN A CIVIL ACTION**

**CIVIL COVER SHEET**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

**NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM**

**INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STANTON**

on Schoola, Inc. d/b/a Olivela.com by placing a true and correct copy thereof in a sealed envelope, with the first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles, California addressed to Maria Potter c/o Schoola, Inc. d/b/a Olivela.com, 33 Adrian Terrace, San Rafael, CA 94903. I am over the age of 18 and am not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 1, 2025 at Los Angeles.

                                        *Elen Manukyan*
                                        Elen Manukyan

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909