Jennifer A. Kash (State Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**NOTICE OF APPEARANCE OF JENNIFER A. KASH FOR LAST RESORT, LLC** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT Jennifer A. Kash, an attorney admitted to practice before this Court, with the law firm Warren Kash Warren LLP, 2261 Market Street, No. 606 San Francisco, California, 94114, 25-4929@cases.warrenlex.com appears as counsel for Last Resort, LLC.  This filing constitutes the first appearance in this case of the attorney listed above.  No other members of this attorney's firm have previously appeared

in the case.  Please serve all pleadings, correspondence, and other materials on Ms. Kash at the above address.

Date:  July 10, 2025              Respectfully submitted,

                                  _____
                                  Jennifer A. Kash (State Bar No. 203679)
                                  WARREN KASH WARREN LLP
                                  2261 Market Street, No. 606
                                  San Francisco, California, 94114
                                  +1 (415) 895-2940
                                  +1 (415) 895-2964 facsimile
                                  25-4929@cases.warrenlex.com

                                  *Attorneys for Defendant Last Resort, LLC*