Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**NOTICE OF APPEARANCE OF FRANCESCA M. S. GERMINARIO FOR LAST RESORT, LLC** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Francesca M. S. Germinario, an attorney admitted to practice before this Court, with the law firm Warren Kash Warren LLP, 2261 Market Street, No. 606 San Francisco, California, 94114, 25-4929@cases.warrenlex.com appears as counsel for Last Resort, LLC. This filing constitutes the first appearance in this case of the attorney listed above. Jennifer A. Kash, another attorney at this firm, has also

appeared in the case.  Please serve all pleadings, correspondence, and other materials on Ms. Germinario at the above address.

Date:  July 10, 2025             Respectfully submitted,

_____
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort, LLC*

– 1 –
NOTICE OF APPEARANCE OF FRANCESCA M. S. GERMINARIO FOR LAST RESORT, LLC