AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-04929-JLS(PDx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mytheresa.com GmbH__
was received by me on *(date)* __06/23/2025__.

☑ I personally served the summons on the individual at *(place)* __44 West 37th St__
on *(date)* __6/30/25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Carmella Daras__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Mytheresa.com GmbH__ on *(date)* __06/30/2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ __243.00__ for services, for a total of $ __243.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/02/2025__

*Aaron Jones* (signature)
*Server's signature*

Aaron Jones
*Printed name and title*

800 W. 1ST ST. #200B
LOS ANGELES, CA 90012
c/o USA Legal Network
*Server's address*

Additional information regarding attempted service, etc:
DESCRIPTION OF PERSON SERVED:(Female, Asian, black hair, 40-49 years, 5'4-5'7, 151-170lbs.)

ADDRESS OF SERVICE:44 W. 37th Street
NEW YORK, NY 10018

USALN#: 1217349