**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Simone E. Poyourow, Esq. SBN 346420
spoyourow@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

Attorneys for Defendant
Susan Oster d/b/a Feral Jewelry

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Oster d/b/a Feral Jewelry, an Individual,<br><br>Plaintiff,<br>v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive;<br><br>Defendants. | Case No.: 2:25-cv-04929-JLS-PD<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Hon. Josephine L. Staton |

Case No.: 2:25-cv-04929-JLS-PD
File No.: 8171-004

1

PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

On July 10, 2025, I caused to be served the documents described as:

PLAINTIFF'S COMPLAINT

SUMMONS IN A CIVIL ACTION

CIVIL COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STANTON

on MyTheresa.com GmbH by placing a true and correct copy thereof in a sealed envelope, with the first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles, California addressed to MyTheresa.com GmbH, 44 W. 37th Street, New York, NY 10018. I am over the age of 18 and am not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2025 at Los Angeles.

*Blesst Bowden*

Case No.: 2:25-cv-04929-JLS-PD
File No.: 8171-004

1

PROOF OF SERVICE