Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**DEFENDANT LAST RESORT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Last Resort, LLC ("Last Resort") respectfully moves the Court for entry of an order extending its deadline to respond to Plaintiff's Complaint through August 14, 2025, and in support thereof Last Resort states as follows:

1. Plaintiff commenced this action on May 30, 2025, with the filing of the complaint against Last Resort, Docket No. 1, and the deadline for Last Resort's response to the complaint is July 15, 2025.

2. Last Resort respectfully requests an extension of time to respond to the complaint by 30 days from July 15, 2025 to August 14, 2025, to provide adequate time to investigate the allegations and in consideration of the intervening Independence Day holiday.

3. Last Resort conferred with Plaintiff regarding the requested relief and Plaintiff does not oppose the relief requested.

4. This motion is made in good faith and not for the purposes of delay. The brief extension requested will not prejudice any party.

Date: July 11, 2025

Respectfully submitted,

_____
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort, LLC*

– 1 –
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT