**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Simone E. Poyourow, Esq. SBN 346420
spoyourow@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

Attorneys for Plaintiff Susan Oster d/b/a Feral Jewelry

Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant Rainbow K Jewelry SAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a Feral Jewelry, an Individual,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:25−cv−04929−JLS−PD<br><br>**STIPULATION TO EXTEND DEFENDANT RAINBOW K'S TIME TO RESPOND TO COMPLAINT**<br><br>*[Filed concurrently with (Proposed) Order]*<br><br>Hon. Josephine L. Staton |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Case No.: 2:25−cv−04929−JLS−PD
File No. 8171-004

WHEREAS on May 30, 2025, Plaintiff Susan Oster ("Plaintiff") filed a Complaint in the Central District of California against Defendant Rainbow K Jewelry SAS ("Rainbow K"), among others;

WHEREAS on June 25, 2025, the Court granted Rainbow K's unopposed *ex parte* application for an extension of time to respond to the Complaint on or before July 25, 2025;

WHEREAS counsel for Plaintiff and Rainbow K have met and conferred pursuant to Local Rule 7-3 and are engaging in settlement discussions;

WHEREAS counsel for Plaintiff and Rainbow K stipulate to request that the Court continue Rainbow K's time to respond to the Complaint on or before September 25, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 24, 2025    **Jacobson, Russell, Saltz, Nassim & de la Torre, LLP**

___*s/ Simone E. Poyourow*_____
Simone E. Poyourow, Esq.
Attorneys for Plaintiff Susan Oster

Dated: July 24, 2025    **Burke, Williams & Sorensen, LLP**

___*s/ Edith Sanchez Shea*_____
Edith Sanchez Shea
Attorneys for Defendant Rainbow K Jewelry SAS

Case No.: 2:25−cv−04929−JLS−PD
File No. 8171-004

2

STIPULATION

4936-6788-2072 v1

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Simone E. Poyouorw, counsel for Plaintiff Susan Oster, and that I have obtained Ms. Poyourow's authorization to affix her electronic signature to this document.

Dated: July 24, 2025                **Burke, Williams & Sorensen, LLP**

                                    ___*s/ Edith Sanchez Shea*_____
                                    Edith Sanchez Shea
                                    Attorneys for Defendant Rainbow K Jewelry SAS

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

Case No.: 2:25−cv−04929−JLS−PD
File No. 8171-004

4936-6788-2072 v1