# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-04929-JLS-PD<br><br>**(PROPOSED) ORDER GRANTING STIPULATION TO EXTEND DEFENDANT RAINBOW K'S TIME TO RESPOND TO COMPLAINT**<br><br>*[Filed concurrently with Stipulation to Extend Defendant Rainbow K's Time to Respond to Complaint]*<br><br>Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the proposed Stipulation by Plaintiff Susan Oster ("Plaintiff") and Defendant Rainbow K Jewelry SAS ("Rainbow K"), the Court finds that good cause has been shown and it is hereby ORDERED that the Stipulation is GRANTED and Defendant Rainbow K's response to the Complaint is now due to be filed on or before September 25, 2025.

1      IT IS SO ORDERED.

3 Dated: _____      _____
4                                               Hon. Josephine L. Staton
                                                  United States District Judge