UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-04929-JLS-PDx<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT RAINBOW K'S TIME TO RESPOND TO COMPLAINT [42]**<br><br>*[Filed concurrently with Stipulation to Extend Defendant Rainbow K's Time to Respond to Complaint]*<br><br>Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the proposed Stipulation by Plaintiff Susan Oster ("Plaintiff") and Defendant Rainbow K Jewelry SAS ("Rainbow K"), the Court finds that good cause has been shown.

///

///

1     It is hereby ORDERED that the Stipulation is GRANTED and Defendant
2 Rainbow K's response to the Complaint is now due to be filed on or before September
3 25, 2025.

5     IT IS SO ORDERED.

7 Dated: <u>July 25, 2025</u>

*Josephine L. Staton*
_____
Hon. Josephine L. Staton
United States District Judge