1  Francesca M. S. Germinario (State Bar No. 326208)
2  WARREN KASH WARREN LLP
   2261 Market Street, No. 606
3  San Francisco, California, 94114
4  +1 (415) 895-2940
   +1 (415) 895-2964 facsimile
5  25-4929@cases.warrenlex.com

6  *Attorneys for Defendant Last Resort LLC*

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  SUSAN OSTER d/b/a FERAL JEWELRY,  )  Case No. 2:25-cv-04929 JLS (PDx)
    an individual,                    )
12                                    )  Hon. Josephine L. Staton
       Plaintiff,                     )
13                                    )  **DEFENDANT LAST RESORT LLC'S**
                                      )  **UNOPPOSED MOTION FOR**
14  v.                                )  **EXTENSION OF TIME TO**
                                      )  **RESPOND TO COMPLAINT**
15  RAINBOW K JEWELRY SAS, a French   )
    joint-stock company; MYTHERESA.COM)
16  GmbH, a German entity; SCHOOLA, INC.)
    d/b/a OLIVELA.COM, a Delaware     )
17  corporation; SOPICKS, an Italian entity;)
    EASTWARD BOUND TECHNOLOGY,        )
18  INC. d/b/a VUGSTYLE, INC., a Colorado)
    corporation; LAST RESORT, LLC, a  )
19  California company; and DOES 1-50,)
    inclusive,                        )
20                                    )
21                                    )
       Defendants.                    )
22  _____ )

23       Under Federal Rule of Civil Procedure 6(b), Defendant Last Resort LLC ("Last

24  Resort") respectfully moves the Court for entry of an order extending its deadline to

25  respond to Plaintiff's Complaint through and including September 25, 2025, and in

26  support thereof Last Resort states as follows:

27       1.     Plaintiff commenced this action on May 30, 2025.  Docket No. 1.

28       2.     On July 11, 2025, Last Resort filed an unopposed motion for an extension of

                                    – 1 –

time to respond to the complaint 30 days, from July 15 to August 14.  Docket No. 40.

3.     The Court granted this motion.  Docket No. 41.

4.     On July 24, 2025, Plaintiff Susan Oster and Defendant Rainbow K stipulated to extend Rainbow K's time to respond to the complaint from July 25 to September 25, 2025.  Docket No. 42.

5.     The Court entered this stipulation.  Docket No. 43.

6.     Last Resort respectfully requests a second extension of time to respond to the complaint from August 14 through and including September 25, 2025, to provide adequate time to investigate the allegations and to facilitate settlement discussions with Plaintiff.

7.     Plaintiff does not oppose this relief.

8.     This motion is made in good faith and not for the purposes of delay.  This brief extension will not prejudice any party.

Date:  August 11, 2025                    Respectfully submitted,

_____
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort LLC*

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT