Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

Attorneys for Defendant Last Resort LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**ORDER GRANTING LAST RESORT LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [44]** |

///
///

    Before the Court is Defendant Last Resort LLC's Unopposed Motion for Extension of Time to Respond to Complaint. After reviewing the submission, the Court finds that there is good cause that the motion should be GRANTED.

    IT IS THEREFORE ORDERED that the deadline for Defendant Last Resort LLC's response to the complaint is extended through September 25, 2025.

Date: August 12, 2025

*Josephine L. Staton*
Josephine L. Staton
United States District Judge