Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Simone E. Poyourow, Esq. SBN 346420
spoyourow@jrsnd.com
JACOBSON, RUSSELL, SALTZ, NASSIM
& DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

*Attorneys for Plaintiff Susan Oster
d/b/a Feral Jewelry*

Francesca M. S. Germinario
(State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**STIPULATION TO EXTEND TIME FOR LAST RESORT TO RESPOND TO COMPLAINT** |

Under Federal Rule of Civil Procedure 6(b) and Local Rules 7-1 and 8-3, Plaintiff Susan Oster d/b/a Feral Jewelry ("Plaintiff") and Defendant Last Resort LLC ("Last Resort") hereby stipulate and agree to extending Last Resort's deadline to respond to Plaintiff's Complaint through and including October 23, 2025, and in support thereof the parties state as follows:

WHEREAS, Plaintiff commenced this action on May 30, 2025.  Docket No. 1.

WHEREAS, on July 11, 2025, Last Resort filed an unopposed motion for an extension of time to respond to the complaint, from July 15 to August 14.  Docket No. 40.

WHEREAS, the Court granted this motion.  Docket No. 41.

WHEREAS, on August 11, 2025, Last Resort filed an unopposed motion for an extension of time to respond, from August 14 to September 25.  Docket No. 44.

WHEREAS, the Court granted this motion.  Docket No. 45.

WHEREAS, the parties have engaged in settlement discussions, and agree there is good cause to grant this extension to facilitate continued settlement discussions.

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, to extend Last Resort's time to respond to the complaint from September 25 through and including October 23, 2025.  This motion is made in good faith and not for the purposes of delay.  This brief extension will not prejudice any party.

IT IS SO STIPULATED.

Date:  September 23, 2025                                    Respectfully submitted,

*/s/ Simone E. Poyourow*                                     _____
Michael J. Saltz, Esq. SBN 189751                            Francesca M. S. Germinario
msaltz@jrsnd.com                                             (State Bar No. 326208)
Simone E. Poyourow, Esq. SBN 346420                          WARREN KASH WARREN LLP
spoyourow@jrsnd.com                                          2261 Market Street, No. 606
JACOBSON, RUSSELL, SALTZ, NASSIM                             San Francisco, California, 94114
& DE LA TORRE, LLP                                           +1 (415) 895-2940
1880 Century Park East, Suite 900                            +1 (415) 895-2964 facsimile
Los Angeles, CA 90067                                        25-4929@cases.warrenlex.com
Telephone: (310) 446-9900

– 1 –
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Facsimile: (310) 446-9909

*Attorneys for Plaintiff Susan Oster d/b/a Feral Jewelry*

*Attorneys for Defendant Last Resort LLC*

### **SIGNATURE ATTESTATION**

Under Local Rule 5-4.3.4(a)(2)(i), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: September 23, 2025

_____
Francesca M. S. Germinario