Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR LAST RESORT TO RESPOND TO COMPLAINT**<br><br> [46] |

Before the Court is Plaintiff Susan Oster d/b/a Feral Jewelry and Defendant Last Resort LLC's Stipulation for Extension of Time for Last Resort to Respond to Complaint. After reviewing the submission, the Court finds that there is good cause that the stipulation should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Last Resort LLC's response to the complaint is extended through and including October 23, 2025.

Date: **09/23/2025**

*Josephine L. Staton*
Josephine L. Staton
United States District Judge