Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant Rainbow K Jewelry SAS

Michael J. Saltz, Esq. (SBN 189751)
Email: msaltz@jrsnd.com
Simone E. Poyourow, Esq. (SBN 346420)
Email: spoyourow@jrsnd.com
JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Tel: (310) 446-9900 | Fax: (310) 446-9909

Attorneys for Plaintiff Susan Oster d/b/a Feral Jewelry

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**STIPULATION TO EXTEND DEFENDANT RAINBOW K JEWELRY SAS'S TIME TO RESPOND TO COMPLAINT**<br><br>*[Filed concurrently with (Proposed) Order]*<br><br>Judge: Hon. Josephine L. Staton |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4930-8995-8508 v1

1

Case No. 2:25-cv-04929 JLS (PDx)
STIPULATION TO EXTEND DEFENDANT
RAINBOW'S TIME TO RESPOND TO COMPLAINT

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS on May 30, 2025, Plaintiff Susan Oster ("Plaintiff") filed a Complaint in the Central District of California against Defendant Rainbow K Jewelry SAS ("Rainbow K"), among others;

WHEREAS on June 25, 2025, the Court granted Rainbow K's unopposed ex parte application for an extension of time to respond to the Complaint on or before July 25, 2025

WHEREAS on July 28, 2025, the Court granted Plaintiff and Rainbow K's stipulated request for an extension of time for Rainbow K to respond to the Complaint until September 25, 2025;

WHEREAS counsel for Plaintiff and Rainbow K have met and conferred pursuant to Local Rule 7-3 and continue to engage in settlement discussions;

WHEREAS counsel for Plaintiff and Rainbow K stipulate to request that the Court continue Rainbow K's time to respond to the Complaint on or before November 25, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 25, 2025            BURKE, WILLIAMS & SORENSEN, LLP

By: _____*s/ Edith Sanchez Shea*_____
    Edith Sanchez Shea
    Attorneys for Defendant
    Rainbow K Jewelry SAS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4930-8995-8508 v1

2

Case No. 2:25-cv-04929 JLS (PDx)
STIPULATION TO EXTEND DEFENDANT RAINBOW'S TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| Dated: September 25, 2025 | JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP |

By: _*s/ Simone E. Poyourow*_
Simone E. Poyourow
Attorneys for Plaintiff Susan Oster

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Simone E. Poyourow, counsel for Plaintiff Susan Oster, and that I have obtained Ms. Poyourow's authorization to affix her electronic signature to this document.

| | |
|---|---|
| Dated: September 25, 2025 | BURKE, WILLIAMS & SORENSEN, LLP |

By: _*s/ Edith Sanchez Shea*_
Edith Sanchez Shea
Attorneys for Defendant
Rainbow K Jewelry SAS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4930-8995-8508 v1

3

Case No. 2:25-cv-04929 JLS (PDx)
STIPULATION TO EXTEND DEFENDANT
RAINBOW'S TIME TO RESPOND TO COMPLAINT