# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**(PROPOSED) ORDER GRANTING STIPULATION TO EXTEND DEFENDANT RAINBOW K JEWELRY SAS'S TIME TO RESPOND TO COMPLAINT**<br><br>*[Filed concurrently with Stipulation to Extend Defendant Rainbow K's Time to Respond to Complaint]*<br><br>Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the proposed Stipulation by Plaintiff Susan Oster ("Plaintiff") and Defendant Rainbow K Jewelry SAS ("Rainbow K"), the Court finds that good cause has been shown, and it is hereby ORDERED that the Stipulation is GRANTED

1 | and Defendant Rainbow K's response to the Complaint is now due to be filed on or
2 | before November 25, 2025.
3 |        IT IS SO ORDERED.
4
5 | Dated: _____            _____
6 |                                     Hon. Josephine L. Staton
                                        United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28