1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

| | |
|---|---|
| 11 Susan Oster d/b/a/ Feral Jewelry, an Individual, | Case No. 2:25-cv-04929 JLS (PDx) |
| 12 Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEFENDANT RAINBOW K JEWELRY SAS'S TIME TO RESPOND TO COMPLAINT [48]** |
| 13 v. | |
| 14 Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive, | *[Filed concurrently with Stipulation to Extend Defendant Rainbow K's Time to Respond to Complaint]* |
| 15 | |
| 16 | |
| 17 | Hon. Josephine L. Staton |
| 18 | |
| 19 Defendants. | |

20

21

22

23   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24        Having reviewed the proposed Stipulation by Plaintiff Susan Oster ("Plaintiff")

25   and Defendant Rainbow K Jewelry SAS ("Rainbow K"), the Court finds that good

26   cause has been shown, and it is hereby ORDERED that the Stipulation is GRANTED

27

28

1

1   and Defendant Rainbow K's response to the Complaint is now due to be filed on or

2   before November 25, 2025.

3        IT IS SO ORDERED.

4

5   Dated:   09/29/2025                        Josephine L. Staton
                                    _____
6                                   Hon. Josephine L. Staton
                                    United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28