AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:25-CV-04929-JLS(PDx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Eastward Bound Technology INc. d/b/a Vugstyle

was received by me on *(date)*  06/23/2025

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* 7/2/2025 4:06 PM Served to "John Doe", Counter Clerk at PostNet Mailbox store. Policy here is to not disclose boxholder information. I informed him of the documents contents and gave to him in a sealed envelope to place within box #2199.

My fees are $ _____ for travel and $ 258.00 for services, for a total of $ 258.00

I declare under penalty of perjury that this information is true.

Date:  07/11/2025

*Server's signature*

Derek Minto
*Printed name and title*

800 W. 1ST ST. #200B
LOS ANGELES, CA 90012
c/o USA Legal Network
*Server's address*

Additional information regarding attempted service, etc:
DESCRIPTION OF PERSON SERVED: (Age: Early 20's Sex: Male Race: Ethnic Height: 5'8" Weight: 170 Hair: Black Glasses: No)

ADDRESS OF SERVICE:1312 17th Street, Suite 2199, Denver, CO 80202

USALN#: 1217348