Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Simone E. Poyourow, Esq. SBN 346420
spoyourow@jrsnd.com
JACOBSON, RUSSELL, SALTZ, NASSIM
& DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

*Attorneys for Plaintiff Susan Oster
d/b/a Feral Jewelry*

Francesca M. S. Germinario
(State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last
Resort LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**STIPULATION TO EXTEND TIME FOR LAST RESORT TO RESPOND TO COMPLAINT** |

Under Federal Rule of Civil Procedure 6(b) and Local Rules 7-1 and 8-3, Plaintiff Susan Oster d/b/a Feral Jewelry ("Plaintiff") and Defendant Last Resort LLC ("Last Resort") hereby stipulate and agree to extending Last Resort's deadline to respond to Plaintiff's Complaint through and including November 25, 2025, and in support thereof the parties state as follows:

WHEREAS, Plaintiff commenced this action on May 30, 2025.  Docket No. 1.

WHEREAS, on July 11, 2025, Last Resort filed an unopposed motion for an extension of time to respond to the complaint, from July 15 to August 14.  Docket No. 40.

WHEREAS, the Court granted this motion.  Docket No. 41.

WHEREAS, on July 24, 2025, Plaintiff Susan Oster and Defendant Rainbow K stipulated to extend Rainbow K's time to respond to the complaint from July 25 to September 25, 2025, Docket No. 42, and the Court entered this stipulation.  Docket No. 43.

WHEREAS, on August 11, 2025, Last Resort filed an unopposed motion for an extension of time to respond, from August 14 to September 25.  Docket No. 44.

WHEREAS, the Court granted this motion.  Docket No. 45.

WHEREAS, on September 23, 2025, Plaintiff Susan Oster and Last Resort stipulated to extend Last Resort's time to respond to the complaint from September 25 to October 23, 2025.  Docket No. 46.

WHEREAS, the Court entered this stipulation.  Docket No. 47.

WHEREAS, on September 25, 2025, Plaintiff Susan Oster and Defendant Rainbow K stipulated to extend Rainbow K's time to respond to the complaint from September 25 to November 25, 2025.  Docket No. 48.

WHEREAS, the Court entered this stipulation.  Docket No. 49.

WHEREAS, Plaintiff Susan Oster and Defendant Last Resort have engaged in settlement discussions, and agree there is good cause to grant this extension to facilitate continued settlement discussions.

NOW THEREFORE, Plaintiff Susan Oster and Defendant Last Resort hereby stipulate and agree, subject to the approval of the Court, to extend Last Resort's time to respond to the complaint from October 23, 2025, through and including November 25, 2025. This motion is made in good faith and not for the purposes of delay. This brief extension will not prejudice any party.

IT IS SO STIPULATED.

Date: October 15, 2025

/s/ Simone Poyourow
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Simone E. Poyourow, Esq. SBN 346420
spoyourow@jrsnd.com
JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

*Attorneys for Plaintiff Susan Oster d/b/a Feral Jewelry*

Respectfully submitted,

Francesca M. S. Germinario
(State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort LLC*

### SIGNATURE ATTESTATION

Under Local Rule 5-4.3.4(a)(2)(i), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: October 15, 2025

Francesca M. S. Germinario