# NO FURTHER EXTENSIONS WILL BE GRANTED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, and individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLAINC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.:　2:25-cv-04929-JLS-PD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR LAST RESORT TO RESPOND TO COMPLAINT (Doc. 52)** |

1. Before the Court is Plaintiff Susan Oster d/b/a Feral Jewelry and Defendant Last Resort LLC's Stipulation for Extension of Time for Last Resort to Respond to Complaint. (Doc. 52.) After reviewing the submission, the Court GRANTS the Stipulation.

The Court ORDERS that the deadline for Defendant Last Resort LLC's response to the complaint is extended through and including **November 25, 2025**.

Dated: October 21, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE