Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant
Rainbow K Jewelry SAS

Michael J. Saltz, Esq. (SBN 189751)
Email: msaltz@jrsnd.com
Simone E. Poyourow, Esq. (SBN 346420)
Email: spoyourow@jrsnd.com
JACOBSON, RUSSELL, SALTZ, NASSIM &
DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Tel: (310) 446-9900 | Fax: (310) 446-9909

Attorneys for Plaintiff Susan Oster d/b/a
Feral Jewelry

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT RAINBOW K JEWELRY SAS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO STAY**<br><br>*Filed concurrently with Declaration of P. Branko Pejic and (Proposed) Order*<br><br>Judge: Hon. Josephine L. Staton |

4927-6790-2336 v1

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 2:25-cv-04929 JLS (PDx)
JOINT STIPULATION TO EXTEND RAINBOW K'S
TIME TO RESPOND TO FIRST AMENDED
COMPLAINT

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS on November 25, 2025, Plaintiff Susan Oster ("Plaintiff") filed a First Amended Complaint ("FAC") in the Central District of California against Defendant Rainbow K Jewelry SAS ("Rainbow K") (D.I. 54), among others, adding new parties and a new U.S. Copyright Registration;

WHEREAS counsel for Plaintiff and Rainbow K have met and conferred pursuant to Local Rule 7-3 regarding both the response to the FAC and Defendant's Motion to Stay and continue to engage in settlement discussions;

WHEREAS counsel for Plaintiff and Rainbow K acknowledge the upcoming Holiday Season and that the newly added parties are being served;

WHEREAS counsel for Plaintiff and Rainbow K stipulate to request the Court to continue Rainbow K's time to respond to the FAC and set the below briefing schedule for Defendant's Motion to Stay:

| EVENT | DATE |
|---|---|
| Oster Opposition to Motion to Stay due | January 14, 2026 |
| Rainbow K Reply due | January 28, 2026 |
| Hearing at 10:30 am | February 20, 2026 |
| Rainbow K's response to the FAC, if necessary | Twenty-one (21) days after the Court rules on Defendant's Motion to Stay |

WHEREAS counsel for Rainbow K is providing a declaration describing the good cause for the request.

///

///

///

///

///

4927-6790-2336 v1

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

2

Case No. 2:25-cv-04929 JLS (PDx)
JOINT STIPULATION TO EXTEND RAINBOW K'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 9, 2025    BURKE, WILLIAMS & SORENSEN, LLP

By: _____*s/ Edith Sanchez Shea*_____
Edith Sanchez Shea
Attorneys for Defendant
Rainbow K Jewelry SAS

Dated: December 9, 2025    JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP

By: _____*s/ Simone E. Poyourow*_____
Simone E. Poyourow
Attorneys for Plaintiff
Susan Oster d/b/a Feral Jewelry

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Simone E. Poyourow, counsel for Plaintiff Susan Oster, and that I have obtained Ms. Poyourow's authorization to affix her electronic signature to this document.

Dated: December 9, 2025    BURKE, WILLIAMS & SORENSEN, LLP

By: _____*s/ Edith Sanchez Shea*_____
Edith Sanchez Shea
Attorneys for Defendant
Rainbow K Jewelry SAS

4927-6790-2336 v1

3

Case No. 2:25-cv-04929 JLS (PDx)
JOINT STIPULATION TO EXTEND RAINBOW K'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES