Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant
Rainbow K Jewelry SAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**DECLARATION OF P. BRANKO PEJIC IN SUPPORT OF PARTIES' JOINT STIPULATION**<br><br>*Filed concurrently with Joint Stipulation to Extend Defendant Rainbow K's Time to Respond to First Amended Comoplaint and Setting Briefing Schedule and Hearing Date for Defendant's Motion to Stay; and (Proposed) Order*<br><br>Judge: Hon. Josephine L. Staton |

I, P. Branko Pejic, declare as follows:

1.    I am a partner with the law firm of Greenblum & Bernstein, P.L.C., counsel to Defendant Rainbow K Jewelry SAS, and I am a member in good standing of the bars of the state of Arkansas and the District of Columbia as well as the U.S. District Court for the District of Colorado, U.S. District Court for the Northern District of Oklahoma, U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Federal Circuit and the U.S. Court of Appeals for the D.C. Circuit,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-1197-6064 v1

1

Case No. 2:25-cv-04929 JLS (PDx)
DECLARATION OF P. BRANKO PEJIC IN SUPPORT
OF PARTIES' JOINT STIPULATION

1. and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

2. I make this declaration based upon my own personal knowledge, and if called upon as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of the parties' Joint Stipulation to Extend Defendant Rainbow K's Time to Respond to First Amended Complaint and Setting Briefing Schedule and Hearing date for Defendant's Motion to Stay.

3. During the time the Court extended Defendants' time to respond to the Plaintiff's Complaint, the parties narrowed the issues resulting in the First Amended Complaint (D.I. 54, "FAC") dropping the False Designation of Origin cause of action.

4. Additional time is required for Defendant to study Plaintiff's newly asserted U.S. Copyright Registration in the FAC.

5. Defendant understands that Plaintiff is serving the FAC on the new defendants.

6. The parties' proposed briefing schedule reasonably respects the parties' limited availability, including foreign clients, during the upcoming Holiday Season.

7. The proposed date to respond to the FAC reasonably reflects the efficiencies and avoids potentially unnecessary pleadings and motion practice.

8. The parties will continue work together and discuss potential amicable resolution to the instant disputes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December 2025, at Reston, VA.

_____
P. Branko Pejic

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4918-1197-6064 v1

2

Case No. 2:25-cv-04929 JLS (PDx)
DECLARATION OF P. BRANKO PEJIC IN SUPPORT
OF PARTIES' JOINT STIPULATION