# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**(PROPOSED) ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT RAINBOW K JEWELRY SAS'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO STAY**<br><br>*Filed concurrently with Joint Stipulation to Extend Defendant Rainbow K's Time to Respond to First Amended Complaint and Setting Briefing Schedule and Hearing Date for Defendant's Motion to Stay; Declaration of P. Branko Pejic*<br><br>Judge: Hon. Josephine L. Staton |

    Having reviewed the proposed Joint Stipulation by Plaintiff Susan Oster ("Plaintiff") and Defendant Rainbow K Jewelry SAS ("Rainbow K"), the Court finds that good cause has been shown, and it is hereby ORDERED that the Stipulation is GRANTED and Defendant Rainbow K's response to the First Amended Complaint is now due to be filed as set forth below along with the briefing schedule and hearing date for Defendant's Motion to Stay.

| EVENT | DATE |
|---|---|
| Oster Opposition to Motion to Stay due | January 14, 2026 |
| Rainbow K Reply due | January 28, 2026 |
| Hearing at 10:30 a.m. | February 20, 2026 |
| Rainbow K's response to the FAC, if necessary | Twenty-one (21) days after the Court rules on Defendant's Motion to Stay |

IT IS SO ORDERED.

Dated: _____     _____
Hon. Josephine L. Staton
United States District Judge