1  Edith Sanchez Shea (SBN 177578)
   E-mail: eshea@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, 40th Floor
3  Los Angeles, California 90071-2942
   Tel: 213.236.0600 | Fax: 213.236.2700
4
   Attorneys for Defendant
5  Rainbow K Jewelry SAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**DEFENDANT RAINBOW K JEWELRY SAS' REQUEST FOR JUDICIAL NOTICE**<br><br>*Filed concurrently with Motion to Stay Action and Memorandum of Points and Authorities; (Proposed) Order*<br><br>**Date:** February 20, 2026<br>**Time:** 10:30 a.m.<br>**Ctrm:** 8A<br><br>Judge: Hon. Josephine L. Staton |

Defendant Rainbow K Jewelry SAS ("Rainbow" or "Defendant") respectfully requests that the Court take judicial notice of Exhibits A-E from Plaintiff Oster's first filed infringement action pending before the Paris Court of Justice, 3rd Chamber, 2nd Section, Case No. RG 25/05477, Portalis No. 352J-W-B7J-C7WDE ("French Action") attached to this Request. Judicial notice is proper of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Thus, courts have taken judicial

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4897-9263-3472 v1

1

Case No. 2:25-cv-04929 JLS (PDx)
DEFENDANT RAINBOW K JEWELRY SAS'
REQUEST FOR JUDICIAL NOTICE

notice of the existence of documents filed in French and United States courts. *MGA Entm't Inc. v. Deutsche Bank AG*, Civ. No. CV 11-4932-GW(RZx), 2013 U.S. Dist. LEXIS 198282, *9-10 (C.D. Ca. November 7, 2013).

Here, Rainbow asks the Court to take judicial notice of documents that were publicly filed in the French Action by Oster or Rainbow or are Orders issued by the French Court ("French Action Documents"). Because these French Action Documents are publicly filed and no party can reasonably dispute their authenticity, the Documents are subject to judicial notice, and the Court may consider them in evaluating Defendant Rainbow's Motion to Stay filed concurrently herewith.

Defendant Rainbow, therefore, respectfully request that the Court take judicial notice of the following French Action Documents:[1]

1. Attached as Exhibit A is a true and correct copy of the French language Counterfeit Summons filed by Oster before the Court of First Instance of Paris, Paris Court of Justice, 3rd Chamber, 2nd Section, Case No. RG 25/05477, Portalis No. 352J-W-B7J-C7WDE[2] ("French Action") dated April 23, 2025.

2. Attached as Exhibit B is a true and correct copy of the French language Pre-trial Writ filed by Oster in the French Action dated July 23, 2025.

3. Attached as Exhibit C is a true and correct copy of the French language Order issued by the French Court in the French Action dated September 18, 2025.

4. Attached as Exhibit D is a true and correct copy of the French language Pre-trial (incidental) Writs in defense filed by Rainbow in the French Action dated October 8, 2025.

---

[1] Each Exhibit is accompanied by an uncertified translation provided by Rainbow's French counsel's office. While Oster already possess these French Action Documents as a party thereto, Rainbow will provide the Court and Plaintiff with certified translations if requested.

[2] Tribunal Judiciaire de Paris, 3ème Chambre, 2ème Section, n° RG 25/05477, n° Portalis 352J-W-B7J-C7WDE.

1      5.    Attached as Exhibit E is a true and correct copy of the French language Order issued by the French Court in the French Action dated November 14, 2025.

Dated: December 9, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By:    *s/ Edith Sanchez Shea*
     Edith Sanchez Shea
     Attorneys for Defendant
     Rainbow K Jewelry SAS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4897-9263-3472 v1

3

Case No. 2:25-cv-04929 JLS (PDx)
DEFENDANT RAINBOW K JEWELRY SAS'
REQUEST FOR JUDICIAL NOTICE