# Exhibit C

**TRIBUNAL JUDICIAIRE DE PARIS**

**MISE EN ÉTAT
SANS PRÉSENCE DES AVOCATS**

■

3ème chambre 2ème section

**N° RG 25/05477 - N° Portalis 352J-W-B7J-C7WDE**

**DEMANDEUR ET AUTRES**
**Madame SUSAN OSTER**
Rep/assistant : Maître Sophie VIARIS DE LESEGNO de la SELEURL SVL AVOCAT - #G605

**DEFENDEUR ET AUTRES**
**Madame Kélia TOLEDANO - BERDAH**
Rep/assistant : Maître Pascal BECKER de la SELARL ipSO - #L0052

**S.A.S. RAINBOW K JEWELRY**
Rep/assistant : Maître Pascal BECKER de la SELARL ipSO - #L0052

**Madame Kelly BENHAMOU - SOUEID**
Rep/assistant : Maître Pascal BECKER de la SELARL ipSO - #L0052

*Sauf convocation spécifique à l'initiative du juge de la mise en état ou entretien sollicité par les conseils,* **les audiences de mise en état se tiennent sans présence des conseils, par échanges de messages électroniques via le RPVA.**

*Les demandes d'entretien avec le juge de la mise en état doivent être adressées, par voie électronique, au plus tard 8 jours avant l'audience* **en précisant leur objet, pour se tenir le jour de l'audience de mise en état à 10 H 00**

Art. 780 et suivants du code de procédure civile                    Paris, le **18 Septembre 2025**

Je vous prie de bien vouloir prendre note que l'affaire est renvoyée à l'audience de mise en état du:

**Jeudi 18 Décembre 2025**

pour :

**1) Merci de confirmer pour le 25/09 l'existence d'un accord sur :
- recommuniquer les factures en désoccultant le territoire de destination
- refaire attester pour inclure la totalité des produits litigieux vendus depuis la France quel que soit le territoire de destination, en distinguant selon le territoire.
- refaire attester pour avoir le CA et expliquer la marge en donnant autant d'information que possible sur la provenance pour crédibiliser l'explication sur la marge
- de même pour l'état des stocks.**

**2) si accord, communication des éléments avec les conclusions en défense pour le 16/10**

Le juge de la mise en état

*Rappel : aux termes du protocole de procédure civile du 12 juillet 2012 conclu entre l'ordre des avocats de Paris et le Tribunal, dans les relations entre deux parties, les écritures doivent être limitées, sauf circonstances particulières à justifier, à une assignation, une défense, une réplique et une duplique.*

September 18, 2025:

Pre-Trial Judge Order requesting the parties to confirm by September 25, 2025 the agreement of each of them on:

- a (re)communication by the defendants of the invoices already communicated in the appendix to the Certificate of July 17, 2025, after unhiding the destination territory;
- a (re)certification by RAINBOW's certified public accountant, after including all invoices issued by the latter from France, regardless of the destination territory, distinguishing between territories;
- a (re)certification by RAINBOW's certified public accountant, covering (i) the annual turnover generated by the latter with the products in question, (ii) the method of calculating the margins achieved, providing as much information as possible on the origin in order to lend credibility to the explanation of how this margin was calculated, and (iii) a detailed statement of remaining stocks.
- communication of the above with the defendants' writ on the merits by October 16, 2025.

(emphasis added).