Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SUSAN OSTER d/b/a FERAL JEWELRY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RAINBOW K JEWELRY SAS, a French joint-stock company; MYTHERESA.COM GmbH, a German entity; SCHOOLA, INC. d/b/a OLIVELA.COM, a Delaware corporation; SOPICKS, an Italian entity; EASTWARD BOUND TECHNOLOGY, INC. d/b/a VUGSTYLE, INC., a Colorado corporation; LAST RESORT, LLC, a California company; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>Hon. Josephine L. Staton<br><br>**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT LAST RESORT LLC** |

Under Federal Rule of Civil Procedure 15, Defendant Last Resort LLC ("Last Resort") hereby submits its answer to plaintiff's First Amended Complaint.  Docket No. 54.

Last Resort states that the headings and sub-headings throughout the complaint do not constitute well-pleaded allegations of fact and therefore require no response.  To the extent a response is required, Last Resort denies the allegations contained in the complaint's headings and sub-headings.

Except as expressly admitted, Last Resort denies each and every allegation in the complaint and otherwise answers as follows:

### <u>JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT</u>

1.    This paragraph sets forth legal conclusions to which no response is required. To the extent a response is required, Last Resort admits that plaintiff alleges claims under the Copyright Act of 1976.  Last Resort denies all remaining allegations of this paragraph.

2.    This paragraph sets forth legal conclusions to which no response is required. To the extent a response is required, Last Resort denies the allegations of this paragraph.

3.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

4.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

5.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

6.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

7.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

8.    Last Resort admits that it offers products in this District.  Last Resort further admits that it is a California limited liability company with its principal place of business

within this District.  Other allegations in this paragraph set forth arguments and legal conclusions, to which no response is required.  To the extent this paragraph includes any such allegations to which a response is required, Last Resort denies them.

9.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

10.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

11.     This paragraph sets forth legal conclusions to which no response is required. To the extent a response is required, Last Resort denies the allegations of this paragraph.

12.     This paragraph sets forth legal conclusions to which no response is required. To the extent a response is required, Last Resort denies the allegations of this paragraph.

## THE PARTIES

13.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

14.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

15.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

16.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

17.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

18.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

19.     Last Resort admits that it is a California limited liability company with its principal address at 549 Moreno Avenue, Apt. 306, Los Angeles, California 90049.  Last Resort denies any remaining allegations of this paragraph.

20.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

21.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

22.    Last Resort denies the allegations in this paragraph, including any allegation that it engaged in infringing conduct.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

23.    Last Resort admits that Plaintiff uses the term "Defendants" within its amended complaint to collectively refer to multiple parties, but denies any remaining allegation, including any implication that Last Resort is associated with the conduct of any other entity.

## GENERAL FACTUAL ALLEGATIONS

**A.    Susan Oster and Feral Jewelry**

24.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

25.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

26.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies them.

27.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies them.

28.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

29.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

30.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

31.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

32.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

33.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

34.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

35.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

36.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

37.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

38.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

39.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

40.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

41.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

42.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

**B.     Defendant Rainbow K Jewelry, LLC**

43.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

44.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

45.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

46.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

47.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

48.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

49.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

50.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

51.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

52.     This paragraph sets forth argument to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

53.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

54.     This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

55.     This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies them, including any allegation of infringing conduct.

56.     This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

57.     This paragraph sets forth legal conclusions and argument to which no response is required. To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

58.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

59.     This paragraph sets forth legal conclusions and argument to which no response is required. To the extent any such allegations require a response, Last Resort denies allegations that Last Resort engaged in infringing conduct. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

60.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

61.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

62.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

63.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

64.     This paragraph sets forth argument to which no response is required. To the extent any such allegations require a response, Last Resort lacks knowledge or

information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

65.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

66.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

67.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

68.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

69.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

70.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

71.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

72.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

73.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

75.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

76.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

77.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

78.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

79.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

80.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

81.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

82.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

83.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## C.     Defendant MyTheresa

84.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

85.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

86.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

87.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## D.     Defendant Schoola, Inc. d/b/a OliveLA

88.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

89.     Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

90.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

91.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

**E.    Defendant SoPicks**

92.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

93.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

94.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

95.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

**F.    Defendant Eastward Bound Technology, Inc. d/b/a Vugstyle**

96.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

97.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

98.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

**G.    Defendant Last Resort, LLC**

99.    Last Resort admits that it is a California limited liability company with its principal address at 549 Moreno Avenue, Apt. 306, Los Angeles, California 90049.  Last Resort denies any remaining allegations of this paragraph.

100.    Last Resort admits that it is an apparel and accessory boutique that focuses on high end emerging brands.  Last Resort denies any remaining allegations of this paragraph.

101.    Denied.

## H.    Defendant Maxfield Enterprises, Inc.

102.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

103.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

104.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

105.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

106.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

107.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

108.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## I.    Defendant Lissa Fine Jewelry

109.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

110.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

111.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

112.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## FIRST CAUSE OF ACTION

## FOR COPYRIGHT INFRINGEMENT

### 17 U.S.C. §§ 101, 106, 501, et seq.

*(Against all Defendants and DOES 3-50)*

113.    This paragraph realleges allegations in prior paragraphs and thus requires no response.  To the extent these allegations require a response, Last Resort incorporates by reference its responses to paragraphs 1 through 112.

114.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies them.

115.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies them.

116.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies them.

117.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies that it has infringed or is liable for infringement of any valid and enforceable copyright.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

118.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies that it has infringed or is liable for infringement of any valid and enforceable copyright.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

119.    This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies that it has infringed or is liable for infringement of any valid and enforceable copyright.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

120.   This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies that it has infringed or is liable for infringement of any valid and enforceable copyright.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

121.   This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies that it has infringed or is liable for infringement of any valid and enforceable copyright.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

122.   This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies that it has infringed or is liable for infringement of any valid and enforceable copyright.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

123.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

124.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

125.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

ANSWER TO FIRST AMENDED COMPLAINT BY LAST RESORT LLC

126.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

127.   This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies that it has infringed or is liable for infringement of any valid and enforceable copyright.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

128.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

129.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

130.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other defendants and therefore denies them.

131.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

132.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort

lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

133.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

134.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

135.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

136.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

137.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

138.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

139.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort

lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

140.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

141.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

142.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

143.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

144.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

145.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

146.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort

lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

147.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

148.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

149.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

150.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

151.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

152.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

153.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort

lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

154.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

155.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

156.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

157.    This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

158.    This paragraph sets forth legal conclusions and argument to which no response is required. To the extent a response is required, Last Resort denies the allegations, including any allegation that it engaged in infringing conduct.

159.    This paragraph sets forth legal conclusions and argument to which no response is required. To the extent a response is required, Last Resort denies the allegations, including any allegation that it engaged in infringing conduct.

160.    This paragraph sets forth legal conclusions and argument to which no response is required. To the extent a response is required, Last Resort denies the allegations, including any allegation that it engaged in infringing conduct.

161.   This paragraph sets forth legal conclusions and argument to which no response is required. To the extent a response is required, Last Resort denies the allegations, including any allegation that it engaged in infringing conduct.

162.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort denies them, including any allegation of infringing conduct, and denies that plaintiff is entitled to any monetary or non-monetary recovery.

163.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort denies them, including any allegation of infringing conduct, and denies that plaintiff is entitled to injunctive relief against Last Resort.

164.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

165.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

166.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

167.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

168.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

169.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

170.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

171.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

172.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

173.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

174.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

175.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

176.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

177.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

178.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

179.   This paragraph sets forth legal conclusions and arguments to which no response is required.  To the extent any such allegations require a response, Last Resort denies them.

180.   This paragraph sets forth legal conclusions to which no response is required. To the extent a response is required, Last Resort denies them.

181.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

182.   This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies any allegations of infringing conduct, including any allegation about what Last Resort has "indicated," and denies that plaintiff is entitled to injunctive relief against Last Resort.  Last Resort

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

## SECOND CAUSE OF ACTION

## FOR CONTRIBUTORY COPYRIGHT INFRINGEMENT

*(Against Defendants MyTheresa, OliveLA, SoPicks,*
*Vugstyle, Last Resort, Maxfield, Lissa Fine Jewelry and DOES 3-50)*

183.    This paragraph realleges prior allegations and thus requires no response.  To the extent any such allegations require a response, Last Resort incorporates by reference its responses to paragraphs 1 through 182.

184.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

185.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

186.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

187.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

188.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

189.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

190.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

191.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

192.    Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

193.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

194.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

195.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

196.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

197.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

198.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

199.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

200.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

201.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

202.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

203.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

204.   Denied.

205.   Denied.

206.   Denied.

207.   Denied.

208.   Denied.

209.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

210.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

211.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

212.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

213.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

214.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

215.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

216.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

217.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

218.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

219.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

220.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

221.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

222.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

223.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

### THIRD CAUSE OF ACTION

### FOR ACCOUNTING

*(Against all Defendants and DOES 3-50)*

224.   This paragraph realleges prior allegations and thus requires no response.  To the extent any such allegations require a response, Last Resort incorporates by reference its responses to paragraphs 1 through 223.

225.   This paragraph sets forth legal conclusions to which no response is required. To the extent any such allegations require a response, Last Resort denies any allegations of infringing conduct, and denies that plaintiff is entitled to an accounting from Last Resort.  Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

226.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

227.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

228.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

229.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

230.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

231.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

232.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

233.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

234.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

235.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

236.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

237.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

238.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

239.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

240.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

241.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

242.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

243.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

244.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

245.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

246.   Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

247. Denied.

248. Denied.

249. Denied.

250. Denied.

251. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

252. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

253. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

254. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

255. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

256. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

257. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

258. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

259. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

260. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

261. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

262. Last Resort lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## PRAYER FOR RELIEF

In response to the prayer for relief, Last Resort denies that plaintiff is entitled to the requested relief, or to any relief whatsoever, including because plaintiff has suffered no injury sufficient to confer standing to bring any claim for relief.

## AFFIRMATIVE DEFENSES

In further answer to the allegations made by plaintiff in the amended complaint, Last Resort asserts the following affirmative defenses.  Last Resort does not concede that it has the burden of proof on any defense asserted herein, and reserves the right to assert additional defenses or counterclaims during the course of these proceedings.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claim fails, in whole or in part, because the allegedly violative conduct was innocent pursuant to 17 U.S.C. § 1203(c)(5)(A).

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, because the acts alleged are not an infringement of copyright, including because the alleged acts are fair use or *de minimis*, or because copyright protection is barred by the doctrine of merger.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, by the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, by one or more equitable doctrines, such as unclear hands, estoppel, waiver, abandonment, forfeiture, or laches.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because plaintiffs do not own or hold exclusive rights under 17 U.S.C. § 106 or any copyright law over each work allegedly infringed by Last Resort.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the copyright registrations purporting to cover some or all of the works in dispute are invalid.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim fails in whole or in part because any alleged use was validly licensed by express or implied license, otherwise authorized by the copyright owner, or authorized by the law.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery of damages because of and to the extent of its failure to mitigate its alleged damages.

## REQUEST FOR RELIEF

WHEREFORE, Defendant Last Resort, LLC respectfully requests that the Court:

(A)     Enter judgment in favor of Last Resort and against plaintiff on all claims;

(B)     Dismiss plaintiff's claims against Last Resort with prejudice;

(C)     Award Last Resort its reasonable attorneys' fees and costs under 17 U.S.C. § 505 and any other applicable law; and

(D)     Grant such other and further relief as the Court deems just and proper.

Date: December 9, 2025

Respectfully submitted,

Francesca M. S. Germinario
(State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-4929@cases.warrenlex.com

*Attorneys for Defendant Last Resort LLC*