Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant
Rainbow K Jewelry SAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**DEFENDANT RAINBOW K JEWELRY SAS' NOTICE OF LODGING (PROPOSED) ORDER GRANTING MOTION TO STAY**<br><br>Date: February 20, 2026<br>Time: 10:30<br>Ctrm: 8A<br><br>Judge: Hon. Josephine L. Staton |

Defendant Rainbow K Jewelry SAS hereby lodges the attached (Proposed) Order Granting Motion to Stay.

Dated: December 10, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: ____*s/ Edith Sanchez Shea*____
Edith Sanchez Shea
Attorneys for Defendant
Rainbow K Jewelry SAS