**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-04929 JLS (PDx)<br><br>**(PROPOSED) ORDER GRANTING MOTION TO STAY**<br><br>Date:　February 20, 2026<br>Time:　10:30<br>Ctrm:　8A<br><br>Judge:　Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Having reviewed the Motion to Stay, the accompanying Notice of Motion, Memorandum of Points and Authorities and Request for Judicial Notice in Support of Defendant's Motion to Stay by Defendant Rainbow K Jewelry SAS ("Rainbow K"), and any other supporting and opposing papers, the Court hereby GRANTS Defendant's RJN and takes judicial notice of Exhibits A–E to the RJN.

1      Having considered the motion, the supporting and opposing papers, the
2 argument of counsel, and other pleadings and papers on file in this action, the Court
3 hereby GRANTS Defendant's Motion to Stay.
4      IT IS SO ORDERED.

6 Dated: _____       _____
7                                 Hon. Josephine L. Staton
                                  United States District Judge