**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Susan Oster d/b/a/ Feral Jewelry, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Rainbow K Jewelry SAS. a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a/ Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a/ Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-04929-JLS-PD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT RAINBOW K JEWELRY SAS'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO STAY (Doc. 65)** |

Having reviewed the Joint Stipulation to Extend Defendant Rainbow K Jewelry SAS' Time to Respond to First Amended Complaint (Doc. 65), the Court finds that good cause has been shown and GRANTS the Stipulation. The Court ORDERS that Defendant Rainbow K's response to the First Amended Complaint (Doc. 54) is now due to be filed as set forth below along with the briefing schedule and hearing date for Defendant's Motion to Stay (Doc. 66).

| EVENT | DATE |
| --- | --- |
| Plaintiff Susan Oster's Opposition to Motion to Stay Due | January 14, 2026 |
| Rainbow K's Reply Due | January 28, 2026 |
| Hearing on Rainbow K's Motion to Stay (Doc. 66) | Currently scheduled for February 20, 2026 |
| Rainbow K's response to the First Amended Complaint (Doc. 54), if necessary | **Twenty-one (21) days** after the Court rules on Defendant's Motion to Stay |

Dated: December 18, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2