**DENIED BY ORDER OF THE COURT**

> Parties are advised on this Court's procedures page that "[o]nly in rare cases and for good cause shown will the Court grant leave to exceed [the] page limitation." Parties are further advised "to file stipulations and any other requests for relief well in advance of any pending deadlines or hearing dates associated with the request for relief. Five court days in advance is recommended. Stipulations are not effective until approved by the Court." Here, on the day Plaintiff's opposition was due, the parties filed a Stipulation to Enlarge Word Limitation for Briefs in Opposition and Reply to Rainbow K's Motion to Stay (Doc. 72.) Without receiving a ruling from the Court – because they had not filed the stipulation sufficiently in advance of the due date for the opposition – Plaintiff filed its overlength brief. The Court concludes that this is not the "rare case" in which additional pages are necessary. The opposition is STRICKEN and Plaintiff shall refile a compliant opposition no later than Monday, January 26, 2026

FILED
CLERK, U.S. DISTRICT COURT
01/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KD  DEPUTY

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Oster d/b/a Feral Jewelry, an Individual, <br><br> Plaintiff, <br> v. <br><br> Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; and DOES 1-50, inclusive; <br><br> Defendants. | Case No.: 2:25−cv−04929−JLS−PD <br><br> **ORDER GRANTING STIPULATION TO ENLARGE WORD LIMITATION** <br><br> Hon. Josephine L. Staton |

Case No.: 2:25−cv−04929−JLS−PD
File No.: 8171-004

1

[PROPOSED] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the proposed Stipulation by Plaintiff Susan Oster ("Plaintiff") and Defendant Rainbow K Jewelry SAS ("Rainbow K"), the Court finds that good cause has been shown and it is hereby ORDERED that the Stipulation is GRANTED. The word limitation for Plaintiff's Opposition to Rainbow K's Motion to Stay has been enlarged by 2,000 words, and Rainbow K's limitation for its Reply Brief in support of is Motion to Stay has been enlarged by 2,000 words.

IT IS SO ORDERED.

Dated: _____                    _____
                                     Hon. Josephine L. Staton
                                     United States District Judge

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909