**Jacobson, Russell, Saltz, Nassim & de la Torre, LLP**
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Oster d/b/a Feral Jewelry, an Individual,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Rainbow K Jewelry SAS, a French joint-stock company; mytheresa.com GmbH, a German entity; Schoola, Inc. d/b/a Olivela.com, a Delaware corporation; SoPicks, an Italian entity; Eastward Bound Technology, Inc. d/b/a Vugstyle, Inc., a Colorado corporation; Last Resort, LLC, a California company; Maxfield Enterprises, Inc., a California corporation; Lissa Fine Jewelry, a New York entity; and DOES 3-50, inclusive;<br><br>　　　　　　Defendants. | Case No.: 2:25−cv−04929−JLS−PD<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE UPON SCHOOLA, INC. D/B/A OLIVELA.COM**<br><br>Hon. Josephine L. Staton |

Case No.: 2:25−cv−04929−JLS−PD
File No.: 8171-004

1

[PROPOSED] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the ex parte application by Plaintiff Susan Oster ("Plaintiff") for an extension of time to serve Defendant Schoola Inc. d/b/a OliveLA.com ("Schoola"), the Court finds that good cause has been shown and it is hereby ordered that Plaintiff's ex parte application is GRANTED. Plaintiff's deadline to serve Schoola Inc. d/b/a OliveLA.com has been extended by 45 days as of the date of this order to:_____.

IT IS SO ORDERED.

Dated: _____        _____
                                        Hon. Josephine L. Staton
                                        United States District Judge

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

Case No.: 2:25−cv−04929−JLS−PD
File No.: 8171-004
1
[PROPOSED] ORDER